GEORGE DINTRUFF, an Infant by Guardian, etc., Respondent, *v.* THE ROCHESTER CITY AND BRIGHTON RAILROAD COMPANY, Appellant.

(Argued February 4, 1891; decided March 3, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 25, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Thomas Raines* for appellant.

*Walter S. Hubbell* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.